IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KELVIN RAY BYRD                                                                          PLAINTIFF

VS.                                                      CIVIL ACTION NO. 2:23-cv-165-KS-MTP

AMICK FARMS LLC                                                                       DEFENDANT

## JUDGMENT

For the reasons set forth in the Order entered this date, Defendant's Motion to Dismiss [14] is granted, and this action is dismissed. All other pending motions are denied as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire case is hereby dismissed.

SO ORDERED AND ADJUDGED, this 16th day of May, 2024.

                                                           /s/ Keith Starrett
                                                           KEITH STARRETT
                                                           UNITED STATES DISTRICT JUDGE